IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| BARBARA R. FAWLKES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 2:13-cv-00046 |
| v. | ) |
| | ) Judge Nixon |
| CAROLYN W. COLVIN, | ) Magistrate Judge Griffin |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Pending before the Court is Defendant Commissioner of Social Security's Motion for Entry of Judgment Under Sentence Four, 42 U.S.C. § 405(g), with Remand to Defendant ("Motion") (Doc. No. 19), filed along with a Memorandum in Support (Doc. No. 20). Defendant states that remand is appropriate in this case in order to further evaluate Plaintiff Barbara R. Fawlkes's knee and mental impairments. (Doc. No. 20 at 1.) Defendant indicates that Plaintiff's counsel has been contacted and has no objection to Defendant's Motion. (Doc. No. 19.)

The Court hereby **GRANTS** Defendant's Motion and **REMANDS** this case to the Commissioner. Accordingly, the case is **DISMISSED**. The Clerk of the Court is **DIRECTED** to close the case.

It is so ORDERED.

Entered this the ___12___ day of February, 2014.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT